**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL CHRISTOPHER LUCERO,<br><br>                  Petitioner,<br><br>      v.<br><br>UNITED STATES DISTRICT COURT,<br><br>                  Respondent. | Case No. EDCV 17-1074-SJO (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 6, 2018

*/s/ S. James Otero*
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE